THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Carol Wright, Respondent,
 v.
 Stanley Staggs and Marion Lindsey, Defendants,
 Of whom Marion Lindsey is Appellant.
 
 
 

Appeal From Spartanburg County
 Georgia V. Anderson, Family Court Judge

Unpublished Opinion No. 2007-UP-136
Submitted April 2, 2007  Filed April 3, 2007    

AFFIRMED

 
 
 
 Joseph K. Maddox, Jr., of Spartanburg, for Appellant.
 Michael Todd Thigpen, of Spartanburg, for Respondent.
 Susan A. Fretwell, of Spartanburg, Guardian ad Litem.
 
 
 

PER CURIAM:  This appeal arises from the termination of parental rights hearing of Marion Lindsey to the minor children N and T.  The family court found Lindseys parental rights should be terminated because he was convicted of the murder of the childrens mother.  See S.C. Code Ann. § 20-7-1572(10) (Supp. 2006) (The family court may order termination of parental rights [if] [a] parent of the child pleads guilty or nolo contendere to or is convicted of the murder of the childs other parent.).  Additionally, the family court found termination was in the best interest of the children.  See § 20-7-1572.  After a thorough review of the record, pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm[1] the family courts ruling and grant counsels petition to be relieved.  
AFFIRMED.
ANDERSON, KITTREDGE, and SHORT, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.